**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 1 2026

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:26-00653

Plaintiff(s), Angela Czubatiuk - 7353 Sisters Grove
Colorado Springs, Co 80923

v.

Parker police - 18600 Lincoln pkwy parker co 80134
Douglas co/jail - 4000 Justice Way Castle Rock co 80109

Defendant(s).

MOTION FOR/TO Open

civil - violated civil right amendments

parker police -
Will Pleinis & Kris Bryant failed investigation
causing civil 24cv28 douglas co/
creating retaliation for 2024cr00288
never told me I was being investigated, never called
discovery not accurate -
discovery - tampered w/ evidence -
timeline 2022 - witness available @ Kiara Czubatiuk
& michael Dangelo - for 2023 & 2024
no physical evidence -
Overbaugh not in discovery -
aine tampering w/ evidence - never sent
w/ his text messages -

Douglas co/ Jail -
police brutality on Jan, 15 2025
have Kite request copy

# CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Angela Grubatrick_

Signature of Authorized Prison Official: _____

Date: _3-17-26_

homeowner
@ 42313 Vista Ridge
Parker, Co 80138 -

pull a lein or send me
paperwork for that -

4

Rev. 11/24

N/A asking for free filing

## AUTHORIZATION

I, _____, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil appeal and I understand that the total filing fee of $605.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this appeal.

Prisoner Name (please print): _____

Prison Signature: _____

Date: _____

homeowner
@ 42313 Vista Ridge
Parker, Co 80138

I have no trust account —

3

Rev. 11/24

**Peak View Behavioral Health**

7353 Sisters Grove
Colorado Springs, CO 80923

DENVER CO 802

21 MAR 2026

FP US POSTAGE
$000.74

First-Class - IMI
ZIP 80923

03/19/2026
036B 0011813638

Court Clerk
US Fed Court
901 19th St 1st Floor
Denver, CO 80294

Time Sensitive