

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

quadient
FIRST-CLASS MAIL
IMI
**$002.17**
03/25/2026 ZIP 80294
043M31245131

US POSTAGE

Angela Czubatiuk
Peak View Behavioral Health
7353 Sister Grove
#710b
Colorado Springs, CO 80923

not at this
address. Return
to sender

UTF

26-cv-653-RTG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2026

JEFFREY P. COLWELL
CLERK

NIXIE          851 SC 1800      0104/13/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294350099          2056N103685-00557



## PLAINTIFF'S SIGNATURE

Under penalty of perjury, I declare that the contents of the complaint are true and correct, and that I understand that a false statement of material fact may serve as the basis for prosecution for perjury. 18 U.S.C. § 1621.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies.

_____
(Plaintiff's signature)

_____
(Date)

_____
(Revised December 2017)